1  **KSB Litigation, P.S.**
   Jeffry K. Finer, WSBA # 14610
2  510 West Riverside, 3rd Floor
   Spokane, WA 99201 509 981-8960
3  Email: jfiner@ksblit.legal

4  **Law Office of Andrew S. Biviano, PLLC**
5  Andrew S. Biviano, WSBA #38086
   25 West Main Avenue, Suite 218
6  Spokane, WA  99201 (509) 209-2630
7  Email: andrewbiviano@me.com

8  **Disability Rights Washington**
   David R. Carlson, WSBA # 35767
9  901 N. Monroe, Suite 340
10 Spokane, WA 9921 (206) 324-1521
   Email: davidc@dr-wa.org

11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN, DISABILITY RIGHTS WASHINGTON, and JEWELS HELPING HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief;<br><br>Defendants. | NO.  2:22-cv-254<br><br>SUMMONS |

A lawsuit has been started against you in the above-entitled Court by Plaintiff. Plaintiffs' claim is stated in the written Complaint Relief, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for Plaintiffs within twenty (20) days after the service of this Summons (sixty (60) days after service of the Summons if served outside the State of Washington), excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what it asks for because you have not responded. If you serve a Notice of Appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the Plaintiffs must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

of Washington.

DATED this 28th day of October, 2022.

*[signature]*

JEFFRY K. FINER, WSBA NO. 14610
**KSB LITIGATION, P.S.**
Asst: (509) 666-2835 • Cell: (509) 981-8960
jfiner@KSBlit.legal

**LAW OFFICE OF ANDREW S. BIVIANO, PLLC**
Andrew S. Biviano, WSBA #38086
25 West Main Avenue, Suite 218
Spokane, WA  99201 (509) 209-2630
Email: andrewbiviano@me.com

**DISABILITY RIGHTS WASHINGTON**
David R. Carlson, WSBA # 35767
901 N. Monroe, Suite 340
Spokane, WA 9921 (206) 324-1521
Email: davidc@dr-wa.org
*Attorneys for Plaintiffs*