1  LAWRENCE HASKELL
   Spokane County Prosecuting Attorney
2  F. DAYLE ANDERSEN, WSBA #22966
3  Deputy Prosecuting Attorney
   Spokane County Prosecuting Attorney's Office
4  1115 W. Broadway Avenue, 2nd Floor
   Spokane, Washington  99260
5  fandersen@spokanecounty.org
   509-477-5764
6  Attorney for Defendants

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF WASHINGTON

9
   CHRISTOPHER SENN; JASON              No. 2:22-cv-254
10 BEWLEY; JERED FULLEN,
   DISABILITY RIGHTS                    **DECLARATION OF COUNSEL**
11 WASHINGTON,                          **IN RESPONSE TO MOTION**
   and JEWELS HELPING HANDS,            **FOR PRELIMINARY**
12                                      **DECLARATORY AND**
                   Plaintiffs,          **INJUNCTIVE RELIEF**
13
     v.
14
   CITY OF SPOKANE, a municipal
15 corporation; SPOKANE COUNTY, a
   municipal corporation; OZZIE
16 KNEZOVICH, in his official capacity as
   Spokane County Sheriff; CRAIG
17 MEIDL, in his official capacity as
   Spokane Police Chief,
18
                   Defendants.
19

20

21      F. Dayle Andersen, under penalty of perjury under the laws of the State of

22   Washington states that the following is true:

23

24
   DECLARATION OF COUNSEL
   REGARDING DECLARATION OF
   BRIAN SCHAEFFER
   Page 1 of 6

1. I am over the age of eighteen, I am not a party to this action, and I am competent to testify herein. The statements made herein are based on personal knowledge.

2. On January 14, 2022, the Spokesman Review published the article entitled "Encampment near Interstate 90 allowed to stay put by WSDOT, for now" attached hereto as Exhibit 1, is a true copy of the article consisting of three (3) pages and incorporated by reference herein.

3. On January 21, 2022, the Spokesman Review published the article entitled "Man injured in propane explosion at homeless camp near Spokane River remains hospitalized" attached hereto as Exhibit 2, is a true copy of the article consisting of two (2) pages and incorporated by reference herein.

4. On February 17, 2022, the Spokesman Review published the article entitled "Man who died at homeless encampment identified" attached hereto as Exhibit 3, is a true copy of the article consisting of two (2) pages and incorporated by reference herein.

5. On July 4, 2022, the Spokesman Review published the article entitled "Death at Spokane homeless encampment under investigation" attached hereto as Exhibit 4, is a true copy of the article consisting of two (2) pages and incorporated by reference herein.

6. On August 1, 2022, the Spokesman Review published the article entitled "Getting There: Thor-Freya road construction beset by threats, thefts, vandalism, contractor claims" attached hereto as Exhibit 5, is a true copy of the article consisting of four (4) pages and incorporated by reference herein.

7. On October 5, 2022, the Spokesman Review published the article entitled "Man arrested after shooting toward Camp Hope Wednesday" attached hereto as Exhibit 6, is a true copy of the article consisting of five (5) pages and incorporated by reference herein

8. Attached hereto as Exhibit 7 is a true and correct copy a map of the local citizens and businesses derived from citizen declarations.

9. Attached hereto as Exhibit 8 is a true and correct copy of a spreadsheet derived from citizen declarations reporting illegal activity.

10. Attached hereto as Exhibit 9 is a true and correct copy of "Inside the Fence" published October 20, 2022, by The Inlander consisting of one (1) page.

11. Attached hereto as Exhibit 10 is a true and correct copy of ESSB 5963.SI consisting of two (2) pages.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Spokesman Review article entitled "Spokane picks service provider for Trent Avenue homeless shelter" consisting of four (4) pages and published October 18, 2022.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Spokesman Review article entitled "What kind of community do we want to be?" consisting of nine (9) pages and published October 16, 2022.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Spokesman Review article entitled "Camp Hope population declines to 443 from 623 peak in July, managers say" consisting of four (4) pages and published October 12, 2022.

15. Over the last few weeks, in response to the filing of this action, Spokane County has received numerous declarations from businesses and residents impacted by the presence of the location commonly known as "Camp Hope", the subject property of the County's request for relief in this action.

16. Attached hereto as Exhibits (14 - 57) are the original signed declarations which are incorporated by reference herein.

17. The citizen statements are replete with assertions of threats, thefts, drug abuse, and the sanitary issues that have arisen since the formation of the camp and continuing to the present time.

18. The continued presence of the camp will likely result in continuing injury to the properties of the declarants and interference with their right to the peaceful use of their properties.

19. A preliminary injunction is necessary to protect the business and property interests of the declarants.

Respectfully submitted this 8th day of December 2022.

LAWRENCE HASKELL
Spokane County Prosecuting Attorney

_____
F. DAYLE ANDERSEN, WSBA #22966
Deputy Prosecuting Attorney
Attorneys for Seizing Agency

DECLARATION OF COUNSEL
REGARDING DECLARATION OF
BRIAN SCHAEFFER
Page 5 of 6

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

_____
Ashley E. Musick