LAWRENCE HASKELL
Spokane County Prosecuting Attorney
F. DAYLE ANDERSEN, WSBA #22966
Deputy Prosecuting Attorney
Spokane County Prosecuting Attorney's Office
1115 W. Broadway Avenue, 2nd Floor
Spokane, Washington  99260
fandersen@spokanecounty.org
509-477-5764
Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN, DISABILITY RIGHTS WASHINGTON, and JEWELS HELPING HANDS,<br><br>      Plaintiffs,<br> v.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>      Defendants. | No. 2:22-cv-254<br><br>**DECLARATION OF COUNSEL REGARDING DECLARATION OF BRIAN SCHAEFFER** |

F. Dayle Andersen, under penalty of perjury under the laws of the State of Washington states that the following is true:

1. I am over the age of eighteen, I am not a party to this action, and I am competent to testify herein. The statements made herein are based on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of Declaration of Brian Schaeffer in Spokane County Superior Court case number 22-2-03537-32, Spokane County v. State of Washington and Washington State Department of Transportation.

Respectfully submitted this 8th day of December 2022.

LAWRENCE HASKELL
Spokane County Prosecuting Attorney

_____
F. DAYLE ANDERSEN, WSBA #22966
Deputy Prosecuting Attorney
Attorneys for Seizing Agency

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

_____
Ashley E. Musick