KSB Litigation, P.S.
Jeffry K. Finer, WSBA # 14610
510 West Riverside, 3rd Floor
Spokane, WA 99201 509 981-8960
Email: jfiner@ksblit.legal

Law Office of Andrew S. Biviano, PLLC
Andrew S. Biviano, WSBA #38086
25 West Main Avenue, Suite 218
Spokane, WA 99201 (509) 209-2630
Email: andrewbiviano@me.com

Disability Rights Washington
David R. Carlson, WSBA # 35767
901 N. Monroe, Suite 340
Spokane, WA 9921 (206) 324-1521
Email: davidc@dr-wa.org

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN, DISABILITY RIGHTS WASHINGTON, and JEWELS HELPING HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief; <br><br> Defendants. | NO. 2:22-cv-254-SAB <br><br> PLAINTIFFS' REPLY |

Defendants County of Spokane and Sheriff Knezovich's Response (ECF 17 - 18) does not address *Martin v. Boise*, 920 F.3d 584 (9th Cir. 2019) nor *Johnson v. Grants Pass*, 20-35752, 20-35881 (9th Cir. Sep 28, 2022). The Response does not address the Constitutional principles behind either case. The response gives this Court no guidance on whether the County agrees that *Martin* and *Johnson* control or has a legal argument in opposition.

There is no exception to the rule in *Martin* and *Grants Pass* and the Response does not suggest otherwise.

The question before this Court asks whether irreparable harm will likely befall Plaintiffs if a temporary restraining order does not issue. Plaintiffs have established their entitlement to this Court's temporary protection based on the demonstrated likelihood that the County intends at an unknown date in the immediate future to sweep the Camp. The Statement of Interest (ECF 22) presented by Washington State's Attorney General is in full accord with Plaintiffs' position and raises useful suggestions for the Order.

Plaintiffs respectfully request that an Order restraining Defendants issue as soon as practicable.

DATED this 9th day of December, 2022.

*/s/ Jeffry Finer*
JEFFRY K. FINER, WSBA NO. 14610
**KSB LITIGATION, P.S**. (509) 981-8960
jfiner@ksblit.legal

PLAINTIFFS'REPLY : 2

*KSB LITIGATION, P.S.*
510 W. RIVERSIDE AVE., #300
SPOKANE, WASHINGTON 99201
PHONE (509) 624-8988

# CERTIFICATE OF SERVICE

.... I hereby certify that I caused a true and correct copy of the foregoing PLAINTIFFS' REPLY (plus any exhibits and/or attachments) to be served via the method listed below to the following:

| NAME & ADDRESS | Method of Delivery |
| --- | --- |
| James Bernard King on behalf of CITY OF SPOKANE | ☒ CM/ECF System |
| James Bernard King on behalf of Craig Meidl | ☒ CM/ECF System |
| F Dayle Andersen, Jr on behalf of SPOKANE COUNTY | ☒ CM/ECF System |
| F Dayle Andersen, Jr on behalf of Ozzie Kenezovich | ☒ CM/ECF System |

DATED this 9th day of December 2022.

/s Jeffry K. Finer
Jeffry K. Finer