FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN; DISABILITY RIGHTS WASHINGTON; and JEWELS HELPING HANDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>    Defendants. | No. 2:22-CV-00254-SAB<br><br>**ORDER SETTING STATUS CONFERENCE** |

The parties submitted a joint status report to the Court on December 21, 2022. The parties indicate they have agreed to an extension of the Temporary Restraining Order, ECF No. 25, until late January of 2023. They ask that the oral argument on December 28, 2022, be reset as a status conference to reschedule the oral argument and establish briefing deadlines.

**ORDER SETTING STATUS CONFERENCE** *1

The Court finds good cause to extend the Temporary Restraining Order until the new hearing date on Plaintiffs' Amended Motion for Preliminary Injunction, ECF No. 16. By this Order, the motion oral argument on December 28, 2022, is reset to a status conference by video. The parties shall come prepared to discuss the new hearing date and filing deadlines.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Motion Hearing on Plaintiff's Amended Motion for Preliminary Injunction, ECF No. 16, currently set for December 28, 2022, at 1:00 p.m., is **RESET** to a Video Status Conference at the same date and time.

2. The Court will provide the video call-in details approximately one week prior to the hearing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 21st day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER SETTING STATUS CONFERENCE *2**