FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN; DISABILITY RIGHTS WASHINGTON; and JEWELS HELPING HANDS,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>   Defendants. | No. 2:22-CV-00254-SAB<br><br>**ORDER SETTING MOTION HEARING AND DEADLINES** |

A scheduling conference was held in the above-captioned case on December 28, 2022, by video. Toby Marshall and Jeffry Finer appeared on behalf of Plaintiffs. James King appeared on behalf of Defendant Craig Meidel. Mr. King and Salvatore Faggiano appeared on behalf of Defendant City of Spokane. Dayle

**ORDER SETTING MOTION HEARING AND DEADLINES** *1

Andersen appeared on behalf of Defendants Spokane County and Ozzie Knezovich. Kelsey Endres appeared on behalf of Interested Party Washington State Department of Transportation.

At the hearing, the Court reset oral argument on Plaintiff's Motion for Preliminary Injunction to January 27, 2023 and set filing deadlines. The parties stipulated that the Temporary Restraining Order issued by the Court on December 12, 2022, shall remain in full force and effect until the Court makes a ruling on the Motion for Preliminary Injunction. ECF No. 25. Pursuant to Federal Rule of Civil Procedure 65(b)(2) and the parties' stipulation, the Court extends the effect of the Temporary Restraining Order until the Motion is resolved.

Accordingly, **IT IS HEREBY ORDERED**:

1. A motion hearing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 16, is **SET** for **January 27, 2023**, at **9:00 a.m.** in **Spokane**, Washington.

2. The parties shall file their witness lists for the hearing by **January 13, 2023**.

3. The parties shall file any additional pleadings related to Plaintiffs' Motion for Preliminary Injunction, ECF No. 16, by **5:00 p.m.** on **January 16, 2023**.

4. The Temporary Restraining Order issued on December 12, 2022, ECF No. 25, remains in full force and effect until the Court resolves the pending Motion for Preliminary Injunction.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 28th day of December 2022.

Stanley A. Bastian
Chief United States District Judge

**ORDER SETTING MOTION HEARING AND DEADLINES *2**