JAMES B. KING, WSBA #8723
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
P: (509) 455-5200;
F:  (509) 455-3632

*Attorneys for Defendant - City Of Spokane*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN, DISABILITY RIGHTS WASHINGTON,** and **JEWELS HELPING HANDS**,<br><br>Plaintiffs,<br><br>vs.<br><br>**CITY OF SPOKANE,** a municipal corporation**; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH,** in his official capacity as Spokane County Sheriff**; CRAIG MEIDL**, in his official capacity as Spokane Police Chief**;**<br><br>Defendants | Case No.:  **2:22-CV-254**<br><br>**DEFENDANT  CITY OF SPOKANE'S NOTICE OF WITHDRAWING WITNESS MAJOR KENNETH J. PERINE** |

NOTICE IS HEREBY GIVEN to the Court and Plaintiffs that the witness Major Kenneth J. Perine of the Salvation Army Spokane Citadel Corps (Witness

**DEFENDANT  CITY OF SPOKANE'S
NOTICE OF WITHDRAWING WITNESS** - Page 1

No. 37) listed on the Defendants' Witness List (ECF 37) is hereby withdrawn and no declaration or testimony will be offered by Major Kenneth J. Perine for the hearing on January 27, 2023.

Dated this 26th day of January, 2023.

**EVANS, CRAVEN & LACKIE, P.S.**

By: ___/James B. King, WSBA #8723
James B. King, WSBA #8723
Attorneys for Defendant City Of Spokane
& Craig Meidl
818 W. Riverside Ave., Suite #250
Spokane, WA 99201
E: jking@ecl-law.com
P: (509) 455-5200
F: (509) 455-3632

**DEFENDANT CITY OF SPOKANE'S
NOTICE OF WITHDRAWING WITNESS** - Page 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| **JEFFRY K. FINER,**<br>KSB Litigation, P.S.<br>510 West Riverside, 3rd Floor<br>Spokane, WA 99201<br>E: jfiner@ksblit.legal | VIA REGULAR MAIL [   ]<br>VIA CERTIFIED MAIL [   ]<br>VIA FACSIMILE [   ]<br>HAND DELIVERED [   ]<br>VIA EMAIL [X   ] |
| **TOBY J. MARSHALL**<br>**ERIC R. NUSSER**<br>Terrell Marshall Law Group, PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>E: tmarshall@terrellmarshall.com<br>E: eric@terrellmarshall.com | VIA REGULAR MAIL [   ]<br>VIA CERTIFIED MAIL [   ]<br>VIA FACSIMILE [   ]<br>HAND DELIVERED [   ]<br>VIA EMAIL [ XX  ] |
| **DAVID R. CARLSON**<br>Disability Rights Washington<br>901 N. Monroe, Suite 340<br>Spokane, WA 9921<br>E: davidc@dr-wa.org | VIA REGULAR MAIL [   ]<br>VIA CERTIFIED MAIL [   ]<br>VIA FACSIMILE [   ]<br>HAND DELIVERED [   ]<br>VIA EMAIL [ X  ] |
| **F DAYLE ANDERSEN, JR**<br>Spokane County<br>1115 West Broadway Ave, 2nd Fl.<br>Spokane, WA 99260<br>E: fandersen@spokanecounty.org | VIA REGULAR MAIL [   ]<br>VIA CERTIFIED MAIL [   ]<br>VIA FACSIMILE [   ]<br>HAND DELIVERED [   ]<br>VIA EMAIL [ X  ] |

**DEFENDANT CITY OF SPOKANE'S**
**NOTICE OF WITHDRAWING WITNESS** - Page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632

| | |
|---|---|
| Salvatore Faggiano<br>Lynden Smithson<br>Assistant City Attorney<br>Office of the Spokane City Attorney<br>808 W. Spokane Falls Blvd.<br>Spokane, WA  99201-3326<br><br>**Email**<br>  **sfaggian@spokanecity.org**<br>  **lsmithson@spokanecity.org** | VIA REGULAR MAIL [   ]<br>VIA CERTIFIED MAIL [   ]<br>VIA FACSIMILE [   ]<br>HAND DELIVERED [   ]<br>VIA EMAIL [X   ] |

By: ___/James B. King, WSBA #8723
James B. King, WSBA #8723
Attorneys for Defendant City Of Spokane & Craig Meidl
818 W. Riverside Ave., Suite #250
Spokane, WA 99201
E: jking@ecl-law.com
P: (509) 455-5200
F: (509) 455-3632

**DEFENDANT CITY OF SPOKANE'S NOTICE OF WITHDRAWING WITNESS** - Page 4

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
P: (509) 455-5200 | F: (509) 455-3632