# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN, JASON BEWLEY; JERED FULLEN, DISABILITY RIGHTS WASHINGTON, and JEWELS HELPING HANDS,<br><br>Plaintiffs,<br><br>-vs-<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>Defendants. | Case No.    2:22-CV-254-SAB<br><br>CIVIL MINUTES<br><br>DATE:    JANUARY 27, 2023<br><br>LOCATION:  SPOKANE, WA<br><br>MOTION HEARING |

**Chief Judge Stanley A. Bastian**

| Michelle Fox | 03 | Crystal Hicks |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Jeffry Finer<br>Toby Marshall | | James King<br>Lynden Smithson<br>Salvatore Faggiano<br>Dayle Anderson<br>Joseph Ehle |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

[ X ]  Open Court          [  ]  Chambers          [  ]  Telecon/Video

Court addresses counsel.  Court understands there is a settlement and the hearing today is not necessary.

J. Finer states they have been discussing language for the settlement.

J. King addresses the Court.  On behalf of the City, the parties have an agreement.

# [X]  ORDER FORTHCOMING

| CONVENED: 9:00 A.M. | ADJOURNED: 9:15 A.M. | TIME: 15 MIN. | CALENDARED   [ X ] |
|---|---|---|---|

*C. Senn, et al.  –vs-  City of Spokane, et al.*  January 27, 2023
2:22-CV-254-SAB  Page 2
Motion Hearing

Court addresses counsel.

J. Finer agrees they have an agreement.  Plaintiffs are satisfied.

Court asks if the agreement should be put on the record.

J. Finer reads the agreement between Plaintiffs and City of Spokane.  J. Finer adds additional comments.  J. King agrees with the agreement read into the record.

Court asks how long do the parties need to prepare the Stipulation.  J. Finer indicates they should have something to today or next week.

D. Andersen does not have an objection however need to speak to the Commissioners.  Stipulate to continuing the preliminary injunction pending resolution.

Court addresses counsel.  Court asks to hear from the State.

J. Ehle addresses the Court.  Court addresses counsel.

Court will wait for the Stipulation.  Temporary Restraining Order will remain in effect.