FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN; DISABILITY RIGHTS WASHINGTON; and JEWELS HELPING HANDS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; JOHN F. NOWELS, in his official capacity as Spokane County Sheriff; and CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>Defendants. | No. 2:22-CV-00254-SAB<br><br>**ORDER DISMISSING REMAINING CLAIMS AND RETAINING JURISDICTION ON THE ISSUE OF ATTORNEY'S FEES AND COSTS**<br><br>ECF NO. 111 |

Before the Court is the parties' Stipulated Dismissal pursuant to Rule 41(a)(1)(A)(ii). The parties have stipulated to the dismissal of the "action with prejudice on all remaining issues, subject to a petition for attorneys' fees and costs." ECF No. 111 at 2. If the dismissal is by stipulation under Rule 41(a)(1), the parties are free to negotiate the conditions on which they agree to stipulate.

Accordingly, pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED**:

**ORDER -** 1

1.      The parties Stipulation, **ECF No. 111**, filed as a stipulated motion is **GRANTED** in that the Court specifically incorporates the terms of the parties' agreement into this order of dismissal.

2.      Pursuant to the parties' Stipulation, ECF No. 111, this action and all remaining claims are **DISMISSED WITH PREJUDICE** under the condition that Plaintiff may petition this Court for attorneys' fees and costs.

3.      The Court retains jurisdiction to decide the question of whether the granting of Plaintiff's preliminary injunction merits an award of fees and costs. *See Smalbein v. City of Daytona Beach*, 353 F.3d 901, 905 (11th Cir. 2003).

4.      In order to secure the just, speedy, and inexpensive determination of this proceeding the Court strongly encourages the parties to stipulate on all or some of the issues regarding Plaintiff's entitlement to and the amount of reasonable attorney's fees and costs, and submit a proposed judgment. *See* Fed. R. Civ. P. 1. If a stipulation cannot be reached, the issue of attorney's fees and costs will be handled by regular motion practice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 4th day of April, 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER - 2