FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SENN; JASON BEWLEY; JERED FULLEN; DISABILITY RIGHTS WASHINGTON; and JEWELS HELPING HANDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SPOKANE, a municipal corporation; SPOKANE COUNTY, a municipal corporation; OZZIE KNEZOVICH, in his official capacity as Spokane County Sheriff; and CRAIG MEIDL, in his official capacity as Spokane Police Chief,<br><br>    Defendants. | No. 2:22-CV-00254-SAB<br><br>**ORDER RE: SETTLEMENT** |

The Court, having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination:

//

//

//

**ORDER RE: SETTLEMENT** ~ 1

Accordingly, **HEREBY ORDERS:**

1. On or before **September 16, 2024**, the parties shall file a stipulation of dismissal together with a proposed order dismissing the case.

2. All deadlines are **VACATED** and any pending motions, including Plaintiffs' Motion for Attorneys' Fees and Costs, ECF No. 113, and Defendants Spokane County and Ozzie Knezovich, Joinder in City of Spokane Response to Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 124, are **STRICKEN**.

3. The District Court Executive shall set a case management deadline accordingly.

4. For docket purposes only, the District Court Executive shall **close** this file to any future filings, **excluding the stipulation for dismissal**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of August 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SETTLEMENT** ~ 2